UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                   Case Number: 2:09-cr-00222

DAVID KEITH BARBEITO, et al.

## O R D E R

The Office of the United States Attorney has informed the court that defendant Dante T. Demarco (56) has been arrested in the District of New Jersey.  Due to the arrest of this defendant, it is hereby **ORDERED** that the superseding indictment is **UNSEALED**.

The Clerk is directed to provide copies of this Order to all counsel of record, the Probation Department, the United States Marshals Service and the District of New Jersey.

ENTER: February 4, 2010.

Mary E. Stanley
United States Magistrate Judge