UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.     Case Number: 2:09-cr-00222-56

**DANTE T. DEMARCO**

O R D E R

At Charleston, on February 16, 2010, the defendant appeared in person and with retained counsel, Claude Smith, Esquire, for the purpose of an arraignment and hearing on United States Motion for Revocation of Order Releasing Defendant on Bond as previously ordered by the court. Present for the United States was Assistant United States Attorney Steven I. Loew. Also present was Kevin Jackson, United States Probation Officer.

Following the arraignment, the court proceeded to the motion hearing. The Arraignment Order and Standard Discovery Requests was completed and filed.

Following the testimony of witnesses and proffers and arguments of counsel, the court found that there are conditions of release which will reasonably assure the defendant's appearance as required and assure the safety of the community. Accordingly, it is hereby **ORDERED** that the United States Motion for Revocation of Order Releasing Defendant on Bond is **DENIED** and the defendant is hereby released on a Ten Thousand Dollar unsecured bond and

conditions of release as outlined under separate order.

It is further **ORDERED** that the previous Agreement to Forfeit Property (153 Franklin Avenue, West Berlin, NJ 08091) as signed by the defendant in the District of New Jersey on February 5, 2010, is hereby **VACATED**.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, the District of New Jersey, and the United States Marshals Service.

ENTER: February 17, 2010.

                                                 _/s/ Mary E. Stanley_
                                                 Mary E. Stanley
                                                 United States Magistrate Judge